

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-01003-CR

Jeremiah Jordan **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 22-03-14361-CR
Honorable Daniel J. Kindred, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 2, 2025.

Lori I. Valenzuela, Justice